FILED by TB  D.C.

Oct 28, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60307-CR-DIMITROULEAS/SNOW

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1029(a)(4)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

ANTHONY REID,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Possession of 15 or More Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about April 16, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ANTHONY REID,**

did knowingly, and with intent to defraud, possess fifteen (15) or more counterfeit and unauthorized access devices, that is, social security numbers issued to other persons and counterfeit credit cards and debit cards encoded with account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 2
### Possession of Access Device-Making Equipment
### (18 U.S.C. § 1029(a)(4))

On or about April 16, 2016, in Broward County, in the Southern District of Florida, the defendant,

**ANTHONY REID,**

did knowingly, and with intent to defraud, have control and custody of, and possess, access device-making equipment, that is, one (1) credit card embossing machine and one (1) magnetic stripe encoder, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(4) and 2.

## COUNTS 3-4
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates specified as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ANTHONY REID,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more counterfeit and unauthorized access devices, that is, social security numbers issued to other persons and counterfeit credit cards and debit cards encoded with account numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly possess and use, without lawful authority, the means of identification of another person, as specified in each count below:

| COUNT | APPROXIMATE DATE | MEANS OF IDENTIFICATION |
|---|---|---|
| 3 | April 16, 2016 | The social security number issued to "C.N.C." |
| 4 | April 16, 2016 | The social security number issued to "C.W.D." |

2

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ANTHONY REID**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as charged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States of America: (a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation; and (b) any personal property used, or intended to be used, to commit such offense.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BRIAN J. SHACK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.

ANTHONY REID,

   Defendant.
_____/   **Superseding Case Information:**

**Court Division**: (Select One)          New Defendant(s)        Yes ____   No ____
                                          Number of New Defendants ____
___ Miami    ___ Key West                 Total number of counts   ____
_X_ FTL      ___ WPB     ___ FTP

       I do hereby certify that:

   1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

   2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

   3.  Interpreter:  (Yes or No)   No
       List language and/or dialect   _____

   4.  This case will take   3-5   days for the parties to try.

   5.  Please check appropriate category and type of offense listed below:

       (Check only one)                          (Check only one)

       I    0 to  5 days       _X_          Petty       ____
       II   6 to 10 days       ____         Minor       ____
       III  11 to 20 days      ____         Misdem.     ____
       IV   21 to 60 days      ____         Felony       x
       V    61 days and over   ____

   6.  Has this case been previously filed in this District Court?  (Yes or No)   No
       If yes:
       Judge: _____     Case No. _____
       (Attach copy of dispositive order)
       Has a complaint been filed in this matter?  (Yes or No)   No
       If yes:
       Magistrate Case No. _____
       Related Miscellaneous numbers: _____
       Defendant(s) in federal custody as of _____
       Defendant(s) in state custody as of _____
       Rule 20 from the District of _____
       Is this a potential death penalty case? (Yes or No)   No

   7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ____   No  x

   8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes ____   No  x

                                   _____
                                   BRIAN J. SHACK
                                   ASSISTANT UNITED STATES ATTORNEY
                                   FLORIDA SPECIAL BAR NO. A5502166

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANTHONY REID

**Case No:** _____

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 2

Possession of Access Device-Making Equipment

Title 18, United States Code, Section 1029(a)(4)

**\*Max. Penalty:** 15 Years' Imprisonment

Counts #: 3 and 4

Aggravated Identity Theft

Title 18, United States Code, Sections 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment, Consecutive to the Base Offense


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**