UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-60307-WPD

UNITED STATES OF AMERICA

vs.

ANTHONY REID,

        Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Anthony Reid (the "Defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida:

On or about April 16, 2016, law enforcement officers received a complaint from an individual whose initials are "B.K." that someone was using his/her credit card information to make fraudulent charges in South Florida. Among the fraudulent charges was for $110.99 at a Motel 6 located at 825 E. Dania Beach Boulevard was accepted. Law enforcement reported to the hotel and spoke with hotel management, who stated that the Defendant had checked into the motel using the credit card information belonging to "B.K." and that he was staying in room 162. Law enforcement reported to room 162, but nobody was inside. Law enforcement later observed the Defendant attempting to enter room 162. When law enforcement attempted to speak with the Defendant, the Defendant fled and ignored commands to stop running. Law enforcement apprehended the Defendant shortly thereafter. A search incident to the Defendant's arrest revealed that the Defendant had on his person three counterfeit credit cards encoded with account numbers issued to other persons. The Defendant's name was embossed on each of the three fraudulent credit cards.

Hotel management evicted the Defendant from his room because he paid for the room with a fraudulent credit card. The hotel manager entered the room, retrieved the Defendant's personal belongings, and brought those belongings to the hotel's front office. In accordance with hotel policy, the hotel manager took an inventory of Reid's personal belongings. Among the Defendant's belongings were an embosser, a magnetic stripe encoder, and 21 fraudulent credit cards, 16 of which had the Defendant's name embossed on the front and unauthorized credit card account numbers encoded on the magnetic stripe. Also among the Defendant's belongings was a laptop. Law enforcement executed a warrant to search the laptop and discovered personally identifiable information ("PII"), including social security numbers ("SSNs"), of at least 100 individuals, as well as software for a magnetic card reader and an encoder. Among the PII found in the Defendant's laptop was the SSN of a victim whose initials are "C.N.C." Law enforcement spoke with "C.N.C.," who stated he/she did not know the Defendant and did not authorize the Defendant to possess or use his/her social security number.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 5/26/17   By: _____ for
                    BRIAN J. SHACK
                    ASSISTANT UNITED STATES ATTORNEY

Date: 5/24/17   By: _____
                    TIMOTHY DAY
                    ATTORNEY FOR DEFENDANT

Date: 5/26/17   By: _____
                    ANTHONY REID
                    DEFENDANT

2